NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PACIFIC COMMERCIAL SERVICES, LLC, a Hawaii limited liability company,

　　　　　Plaintiff-Appellee,

　v.

LVI ENVIRONMENTAL SERVICES, INC., AKA Northstar Contracting Group, Inc., a California corporation; NORTHSTAR RECOVERY SERVICES, INC., a Delaware corporation,

　　　　　Defendants-Appellants,

　and

JOHN DOES, 1-10; et al.,

　　　　　Defendants.

No.　18-17260

D.C. No.
1:16-cv-00245-JMS-KJM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, Chief District Judge, Presiding

Argued and Submitted February 5, 2020
Honolulu, Hawaii

Before:　FARRIS, McKEOWN, and BADE, Circuit Judges.

---

　　　[*]　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Based on the district court's Findings of Fact and Conclusions of Law, dated August 10, 2018, and related orders, we affirm the judgment and award of attorney's fees and prejudgment interest by the district court.

**AFFIRMED.**